*E-FILED - 8/7/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES E. HOGG, | No. C 09-01380 RMW (PR) |
| Petitioner, | ORDER GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE OPPOSITION TO RESPONDENT'S MOTION TO DISMISS |
| v. | |
| BEN CURRY, Warden, | |
| Respondent. | |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The court directed respondent to file an answer to the petition and granted petitioner leave to file a traverse within thirty days after the answer was filed. In lieu of filing an answer, respondent has filed a motion to dismiss. Petitioner has requested an extension of time to file his opposition to respondent's motion to dismiss.

Good cause appearing, the court GRANTS petitioner an extension of time in which to file his opposition to respondent's motion to dismiss. The time in which petitioner may file his opposition to respondent's motion to dismiss will be extended up to and including **thirty (30) days** from the date this order is signed. Respondent shall file a reply brief no later than **fifteen (15) days** after the date petitioner's opposition is filed.

Order Granting Extension of Time for Petitioner to File Opposition to Respondent's Motion to Dismiss
P:\PRO-SE\SJ.Rmw\HC.09\Hogg.380.EOT-Opp2MTD.wpd

1   This order terminates docket no. 6.
2   IT IS SO ORDERED.
3   DATED:   8/5/09



RONALD M. WHYTE
United States District Judge

**United States District Court**
For the Northern District of California

Order Granting Extension of Time for Petitioner to File Opposition to Respondent's Motion to Dismiss
P:\PRO-SE\SJ.Rmw\HC.09\Hogg.380.EOT-Opp2MTD.wpd        2